# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code      A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code      B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 662 | Bank of Bird in Hand |
| 415 | Bank of Landisburg (The) |
| 642 | BB & T Company |
| 501 | BELCO Community Credit Union |
| 397 | Beneficial Bank |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| **392** | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

**Bank Code      C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 16 | CBT Bank, a division of Riverview Bank |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 602 | City National Bank of New Jersey |
| 576 | Clarion County Community Bank |

| | |
|---|---|
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

**Bank Code      D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 239 | DNB First, NA |
| 27 | Dollar Bank, FSB |

**Bank Code      E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| **541** | **ENTERPRISE BANK** |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code      F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| **343** | **FIDELITY SAVINGS & LOAN ASSOCIATON OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |

| 504 | First Federal S & L Association of Greene County |
|---|---|
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank |
| **592** | **FIRST RESOURCE BANK** |
| 657 | First United Bank & Trust |
| 408 | First United National Bank |
| 151 | Firstrust Savings Bank |
| 416 | Fleetwood Bank |
| 175 | FNCB Bank |
| 291 | Fox Chase Bank |
| 241 | Franklin Mint Federal Credit Union |
| 639 | Freedom Credit Union |
| **58** | **FULTON BANK, NA** |

| **Bank Code** | **G.** |
|---|---|
| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

| **Bank Code** | **H.** |
|---|---|
| 402 | Halifax Branch, of Riverview Bank |
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 655 | Home Savings Bank |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 350 | HSBC Bank USA, NA |
| **364** | **HUNTINGDON VALLEY BANK** |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

| **Bank Code** | **I.** |
|---|---|
| 365 | InFirst Bank |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |

**Bank Code        J.**

| 70 | Jersey Shore State Bank |
|---|---|
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| 659 | JPMorgan Chase Bank, NA |
| **72** | **JUNIATA VALLEY BANK (THE)** |

| **Bank Code** | **K.** |
|---|---|
| 651 | KeyBank NA |
| 414 | Kish Bank |

| **Bank Code** | **L.** |
|---|---|
| **74** | **LAFAYETTE AMBASSADOR BANK** |
| 554 | Landmark Community Bank |
| 542 | Linkbank |
| 78 | Luzerne Bank |

| **Bank Code** | **M.** |
|---|---|
| 361 | M & T Bank |
| 386 | Malvern Bank, NA |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| **294** | **MID PENN BANK** |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |
| 614 | Monument Bank, a division of Citizens & Northern Bank |
| **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |
| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

**Bank Code        N.**

433    National Bank of Malvern
168    NBT Bank, NA
347    Neffs National Bank (The)
**434    NEW TRIPOLI BANK**
 15    NexTier Bank, NA
636    Noah Bank
638    Norristown Bell Credit Union
439    Northumberland National Bank (The)
 93    Northwest Bank

**Bank Code        O.**

653    OceanFirst Bank
489    OMEGA Federal Credit Union
 94    Orrstown Bank

**Bank Code        P.**

**598    PARKE BANK**
584    Parkview Community Federal Credit Union
 40    Penn Community Bank
540    PennCrest Bank
419    Pennian Bank
447    Peoples Security Bank & Trust Company
 99    PeoplesBank, a Codorus Valley Company
556    Philadelphia Federal Credit Union
448    Phoenixville Federal Bank & Trust
 79    PNC Bank, NA
449    Port Richmond Savings
451    Progressive-Home Federal Savings & Loan
         Association
637    Provident Bank
456    Prudential Savings Bank
491    PS Bank

**Bank Code        Q.**

107    QNB Bank
560    Quaint Oak Bank

**Bank Code        R.**

452    Reliance Savings Bank
220    Republic First Bank d/b/a Republic Bank
628    Riverview Bank

**Bank Code        S.**

153    S & T Bank
316    Santander Bank, NA
460    Second Federal S & L Association of
         Philadelphia
646    Service 1st Federal Credit Union
458    Sharon Bank
462    Slovenian Savings & Loan Association of
         Franklin-Conemaugh
**486    SOMERSET TRUST COMPANY**
633    SSB Bank
**518    STANDARD BANK, PASB**
440    SunTrust Bank
**122    SUSQUEHANNA COMMUNITY BANK**

**Bank Code        T.**

143    TD Bank, NA
**656    TIOGA FRANKLIN SAVINGS BANK**
**182    TOMPKINS VIST BANK**
609    Tristate Capital Bank
640    TruMark Financial Credit Union
467    Turbotville National Bank (The)

**Bank Code        U.**

483    UNB Bank
481    Union Building and Loan Savings Bank
634    United Bank, Inc.
472    United Bank of Philadelphia
475    United Savings Bank
600    Unity Bank
232    Univest Bank & Trust Co.

**Bank Code        V.**

611    Victory Bank (The)

**Bank Code     W.**

**119      WASHINGTON FINANCIAL BANK**
121      Wayne Bank
631      Wells Fargo Bank, NA
553      Wesbanco Bank, Inc.
494      West View Savings Bank
473      Westmoreland Federal S & L Association
476      William Penn Bank
272      Woodlands Bank
**573      WOORI AMERICA BANK**
630      WSFS (Wilmington Savings Fund Society), FSB


**Bank Code     X.**


**Bank Code     Y.**

577      York Traditions Bank


**Bank Code     Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.